IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
11 SEP 20 PM 3:13
NORTHERN DISTRICT OF OHIO
CLEVELAND

Claudia Chaney
Plaintiff

-vs-

Sodexo
Defendant(s)

CASE NO. 1:11 CV 1984

JUDGE OLIVER

MAG. JUDGE McHARGH

COMPLAINT

1. The plaintiff Claudia Chaney is a resident of 1652 Belmar rd. Cleveland heights oh, 44118 and a cashier employed at Sodexo

2. The Defendant Sodexo (employer) 127 public square Cleveland oh,

3. The Defendant James r Kissinger (general manager) is a Resident of 44101 Stewart Rd. Spencer oh, 44275

4. The Defendant yvonne Shanks (supervisor) is a resident of 222 Erie Street Elyria oh, 44035

5. This Court has Jurisdiction over this matter pursuant to the - Title VII civil Rights act

6 On Februrary 8, 2011 Yvonne Shanks (supervisor) made false accusations of me laughing in her and another employee face Rick McDermott (food prep)

7 Mrs Shanks went on an Rampage verbally making Derogatory remarks referring to my son as an "Arab" and saying that she doesn't care about me or my son.

8 prior to feb 8, 2011 Mrs Shanks has made remarks saying that my son of arab descent was going to be born on an "Flying Carpet" and she has also said that I only wanted a Child with "Good Hair"

9 A short time after the incident with Mrs Shanks I reported her to "our" manager Mr James Kissinger and he made me clock out and go home with no regards of notifying me of an suspension

10 I then Called human resources later that same morning and reported what had went on and nothing was done to protect my rights as an employee

11. Mrs Kissinger and Mrs Shanks humiliated and embarrassed me and has cause a tremendous amount of stress pain and mental anguish

1

12 I filed a Charge with the eeoc and it still wasn't enough to make them stop treating me badly an un-fairly things just got worse Sodexo (employer) is like an nightmare that is too real

13 Since the date of february 8, 2011 retaliation followed. from write ups, to vacation time being taken without my permission I've been denied work evaluation. I've had to deal with a very Hostile work enviorment

Wherefore / The plaintiff Claudia Chaney Demands judgment against the defendants in the amount of 300,000 and such relief as this Court Deems just

I the plaintiff demands trail by jury

Claudia Chaney
1652 Belmar. rd
Cleveland heights oh
44118
216-527-8094